IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTONIO GLOVER, | : |
| Plaintiff, | : |
| VS. | : |
| | : NO. 5:18-cv-00190-MTT-MSH |
| JACKSON, *et al.*, | : |
| Defendants. | : |

### ORDER

*Pro se* Plaintiff Antonio Glover, an inmate most recently confined at the Smith State Prison in Glennville, Georgia, filed a document that was construed as a Complaint seeking relief pursuant to 42 U.S.C. § 1983 (ECF No. 1). On July 12, 2018, the United States Magistrate Judge ordered Plaintiff to recast his Complaint on the Court's standard form and to either pay the required filing fee or submit a motion for leave to proceed *in forma pauperis*. Plaintiff was given twenty-one (21) days to comply, and he was warned that failure to comply may result in dismissal by the Court. Order, July 12, 2018, ECF No. 4.

The time for compliance passed without a response from Plaintiff. Accordingly, the Magistrate Judge ordered Plaintiff to respond and show cause why his lawsuit should not be dismissed for failure to comply with the Court's orders and instructions. Plaintiff was given twenty-one days to respond and again warned that failure to respond would result in the dismissal of his Complaint for failure to comply. Order, Sept. 21, 2018, ECF No. 5.

The time for compliance has again passed without a response from Plaintiff. Because Plaintiff has failed to comply with the Court's instructions and orders and otherwise failed to diligently prosecute his claims, Plaintiff's Complaint shall be **DISMISSED without prejudice**. *See* Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir.1978)).

**SO ORDERED**, this 5th day of November, 2018.

s/Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT